■ In the Matter of I. ARTHUR ROSENBERG against JOSEPH J. CAPUTA, as STATE RENT ADMINISTRATOR. Estate of JAMES BUTLER, Deceased, Intervenor.— Motion to dismiss appeal granted, with $10 costs, unless the petitioner-appellant procures the record on appeal and appellant's points to be served and filed on or before October 7, 1959, with notice of argument for the

November 1959 Term of this court, said appeal to be argued or submitted when reached. Concur — Rabin, J. P., M. M. Frank, Valente, McNally and Stevens, JJ.